## Sturgeon v. Apollo Oil & Gas Company (No. 3).

Argued March 4, 1902. Appeal, No. 25, Oct. T., 1902, by defendant, L. T. Yoder, from decree of C. P. No. 1, Allegheny County, March T., 1900, No 522, on bill in equity in case of George A. Sturgeon v. Apollo Oil & Gas Company, Limited, L. T. Yoder and S. W. Vandersaal. Before McCollum, C. J., Dean, Fell, Mestrezat and Potter, JJ. Affirmed.

Opinion by Mr. Justice Dean, October 13, 1902 :

This is an appeal from the same decree as that from which the Apollo Oil & Gas Company also appealed, opinion handed down this day. What we have said in that case disposes of this appeal. The decree of the court below is affirmed.